MURRAY FELENSTEIN, Appellant, v. BERNARD EPSTEIN, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The verified bill of particulars to be served within thirty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

PAULINE EPSTEIN, Respondent, v. MURRAY FELENSTEIN, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BESSIE SLUTZKY, Respondent, v. MURRAY FELENSTEIN, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of IRVING M. WOLF, Respondent, against THE SHERIFF OF THE COUNTY OF NEW YORK, Respondent, for a Writ of Habeas Corpus. DEALERS AUTO CLEARING CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements to the petitioner, respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BETTY KENNY, as Administratrix, etc., of the Estate of MICHAEL KENNY, Deceased, Appellant, v. JOHN KETTLES, Defendant, Impleaded with DODGE MOTORS NEW YORK, INC., Respondent.— Order reversed, with twenty dollars costs and disbursements and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CORNELL FABRICS, INC., Appellant, v. MILBERG DRESS CO., INC., Respondent. — Order modified by allowing items 1, 2, 4, 5, 6, 8, 9, 11, 12, 13, 14, 15, 16, 17 and 18, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ELMER I. HUPPERT, Appellant, v. BETTY HUPPERT, Respondent.— Order reversed and motion denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ..

USED TAXI EXCHANGE, INC., Respondent, v. MORRIS MARKIN, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the LEXINGTON SURETY AND INDEMNITY COMPANY, Respondent, v. PENINSULA NATIONAL BANK, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The verified bill of particulars to be served within five days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the LEXINGTON SURETY AND INDEMNITY COMPANY, Respond-